NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**X2Y ATTENUATORS, LLC,**
*Plaintiff-Appellant*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellee*

**APPLE INC., HP INC., HEWLETT-PACKARD ENTERPRISE COMPANY,**
*Defendants*

---

2018-2248, 2018-2249

---

Appeals from the United States District Court for the Western District of Pennsylvania in Nos. 1:11-cv-00117-CB, 1:11-cv-00218-CB, Judge Cathy Bissoon.

---

**JUDGMENT**

---

JOHN JEFFREY EICHMANN, Dovel & Luner, LLP, Santa Monica, CA, argued for plaintiff-appellant.

MICHAEL JENNINGS SUMMERSGILL, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for defendant-appellee. Also represented by WILLIAM F. LEE,

REBECCA A. BACT, JORDAN LAWRENCE HIRSCH; S. CALVIN WALDEN, New York, NY; MARK D. SELWYN, Palo Alto, CA; HEATH BROOKS, TODD ZUBLER, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 October 4, 2019      /s/ Peter R. Marksteiner
 Date           Peter R. Marksteiner
            Clerk of Court